1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CERTIFIED PARKING
ATTENDANTS,

        Debtor.

_____

JAMES ROBERT MORTLAND III, ET AL.,

        Appellants,

  v.

CERTIFIED PARKING ATTENDANTS,
LLC,

        Appellee.

_____/

No. C 11-00746 JSW

Chapter 11 Case No. 10-12513 AJ

**ORDER SETTING BRIEFING
SCHEDULE**

      The Court HEREBY SETS the following briefing schedule: by no later than October 24,
2011, Appellants shall file and serve a brief not exceeding 25 pages in length.  Appellee shall
file and serve a brief no exceeding 25 pages in length after service of Appellants' brief.
Appellants' reply, if any, shall be filed and served by no later than 14 days after service of
Appellee's brief.  Appellants' reply brief may not exceed 15 pages in length.  Appellants shall
serve a copy of this Order on Appellee by no later than September 30, 2011.

      **IT IS SO ORDERED.**

Dated: September 26, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California