**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CERTIFIED PARKING ATTENDANTS,<br><br>    Debtor.<br>_____<br>JAMES ROBERT MORTLAND III, ET AL.,<br><br>    Appellants,<br><br>v.<br><br>CERTIFIED PARKING ATTENDANTS, LLC,<br><br>    Appellee.<br>_____/ | No. C 11-00746 JSW<br><br>Chapter 11 Case No. 10-12513 AJ<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    The Court HEREBY SETS the following briefing schedule: by no later than October 24, 2011, Appellants shall file and serve a brief not exceeding 25 pages in length. Appellee shall file and serve a brief no exceeding 25 pages in length after service of Appellants' brief. Appellants' reply, if any, shall be filed and served by no later than 14 days after service of Appellee's brief. Appellants' reply brief may not exceed 15 pages in length. Appellants shall serve a copy of this Order on Appellee by no later than September 30, 2011.

    **IT IS SO ORDERED.**

Dated: September 26, 2011

                                                JEFFREY S. WHITE<br>                                              UNITED STATES DISTRICT JUDGE